RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Luther James Wyatt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br> LUTHER JAMES WYATT, <br><br>    Defendant. | Case No. 2:21-mj-00293-DJA <br><br> ORDER **TO CONTINUE PRELIMINARY HEARING AND BRIEFING DEADLINES** <br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Luther James Wyatt, that the Preliminary Hearing currently scheduled on April 12, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than four (4) days.

    IT IS FURTHER STIPULATED AND AGREED, that government counsel shall have to and including April 12, 2021, to file briefing and defense counsel shall have to and including April 13, 2021, to file a response.

    This Stipulation is entered into for the following reasons:

1. The Court has ordered briefing on whether Mr. Wyatt is entitled to a preliminary hearing in this district. The government argues that he is not entitled to a pretrial hearing. The government's opening brief is due today, April 8, 2021.

2. Mr. Wyatt and his counsel have not been able to confer about whether he will waive any right to a preliminary hearing in this district due to limited availability of video conferencing and phone resources at Nevada Southern Detention Center. Such a waiver would moot not only the briefing but the possibility of a hearing before the Court.

3. Defense counsel has scheduled a 9:00 a.m. videoconference with her client on Friday, April 9, 2021. She has agreed to provide the government with his decision following that call.

4. The additional time requested preserves the parties' positions and their resources, as well as the Court.

This is the first request for continuance filed herein.

DATED this 8th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Brett Ruff*<br>By_____<br>BRETT RUFF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>LUTHER JAMES WYATT,<br><br>   Defendant. | Case No. 2:21-mj-00293-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 12, 2021 at 11:00 a.m., be vacated and continued to April 19, 2021 at 11:00 a.m..

IT IS FURTHER STIPULATED AND AGREED, that government counsel shall have to and including April 12, 2021, to file briefing and defense counsel shall have to and including April 13, 2021, to file a response.

DATED this 8th day of April, 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge